UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,　　　　　　　JUDGMENT
*a division of Time Warner Entertainment Company, L.P.,*　　99-CV- 2725 (JG)

　　　　　　　　　　　Plaintiff,

　-against-

DOUCET, et al.,

　　　　　　　　　　　Defendants.
-----------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT  E.D.N.Y.
★ OCT 17 2005 ★
BROOKLYN OFFICE

　　　　An Order of Honorable John Gleeson, United States District Judge, having been filed on October 3, 2005, directing the Clerk of Court to enter judgment against defendant, Yvonne Hernandes in the amount of $10,829.33, including $10,000.00 as statutory damages and $829.33 in attorney's fees and costs; it is

　　　　ORDERED and ADJUDGED that judgment is hereby entered in favor of plaintiff, Time Warner Cable of New York City, *a division of Time Warner Entertainment Company, L.P.,* and against defendant, Yvonne Hernandes, in the amount of $10,829.33, including $10,000.00 as statutory damages and $829.33 in attorney's fees and costs.


Dated: Brooklyn, New York　　　　　　　　　　　　s/Robert C. Heinemann
　　　　October 04, 2005　　　　　　　　　　　　　―――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court